

FILED

11/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0273

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0273

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RANDY S. LAEDEKE,

      Defendant and Appellant.

**FILED**

NOV 1 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Randy S. Laedeke has filed a motion for a fifteen-day extension of time within which to file a petition for rehearing.

IT IS ORDERED that the motion for extension of time is GRANTED. Appellant is directed to file and serve his petition for rehearing on or before November 27, 2020.

DATED this 13 day of November, 2020.

For the Court,

By _____
                   Justice